Joshua Hill, CABN 250842
jhill@sidley.com
Jennifer N. Gaspar, CABN 266726
jgaspar@sidley.com
Renée Pesiri, CABN 293317
rpesiri@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

Attorneys for ANTWAN LEE (a/k/a ANTWAN QUILLIN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTWAN QUILLIN,<br>　　a/k/a Antwan Jay Quillin<br>　　a/k/a Antwan Lee,<br>　　a/k/a Antwan Romell Lee,<br><br>　　　　　Defendant | CASE NO. 4:12-cr-00534-CW<br><br>**STIPULATED REQUEST TO RE-SET SENTENCING HEARING FOR DECEMBER 22, 2014 AT 2:00 PM AND [PROPOSED] ORDER**<br><br>Hearing: Sentencing<br>Date:　　December 1, 2014<br>Time:　　2:00 pm<br>Court:　　The Honorable Claudia Wilken |

The parties have met and conferred and hereby jointly request that the sentencing hearing currently scheduled for December 1, 2014 at 2:00 p.m. be rescheduled for December 22, 2014 at 2:00 p.m.  The parties confirmed that the U.S. Probation Office is available on this date.  The reason for the request is to allow the Defendant to remain incarcerated during the holiday season in the Glenn Dyer facility in Oakland, which is close to his family, before his transfer to a federal facility to serve the agreed upon sentence.

Dated:  October 6, 2014                                        Respectfully submitted,

                                               */s/Joshua Hill*
                                               Joshua Hill
                                               Renee Pesiri
                                               SIDLEY AUSTIN LLP

                                               Attorneys for Defendant

                                               /s/ *Roger Dinh*
                                               ROGER DINH
                                               Special Assistant United States Attorney

                                               Attorney for United States

### [~~PROPOSED~~] ORDER

For the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders the sentencing hearing currently scheduled for December 1, 2014, at 2:00 p.m., to be re-set for December 22, 2014, at 2:00 p.m.

IT IS SO ORDERED.

DATED:  10/14/2014

                                               HON. CLAUDIA WILKEN
                                               United States District Judge